```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

TECH 100, LLC                      *

        Plaintiff                  *

        vs.                        *  CIVIL ACTION NO. MJG-17-319

KIARA TECHNOLOGIES, INC., et al.   *

        Defendants                 *

*       *       *       *       *       *       *       *       *
```

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion to Enforce Settlement Agreement [ECF No. 24] to which there has been no response. Hence, the motion is unopposed. The Court finds that a hearing is unnecessary.

On July 10, 2017, the Court entered the Order of Dismissal Due to Settlement [ECF No. 23]. Pursuant to the settlement, Defendant was to

> pay the sum of $30,000.00 to Plaintiff pursuant to the following payment schedule: a) $15,000.00 within two weeks (July 21, 2017); b) $10,000.00 on October 1, 2017; and, $5,000.00 on January 1, 2018. These installment payments are personally guaranteed by Ravinder Jain (aka Ravi Jain) and Neeru Jain (aka Neena Jain), jointly and severally.
>
> In the event of default, a judgment by confession was to be entered against Kiara Technologies Inc., in the amount of $145,000.00 (minus any payments made); and, against Ravinder Jain and Neenah Jain,

        jointly and severally, in the amount of
        $30,000.00 (minus any payments made).

Mot. ¶ 2-3, ECF No. 24; Mot. Ex. 1, ECF No. 24-1.

Only the initial payment of $15,000.00 has been made. Therefore, Plaintiff is entitled to a confessed judgment of $130,000.00 against Kiara Technologies Inc., and against Ravinder Jain and Neenah Jain, jointly and severally, in the amount of $15,000.00.

Accordingly:

1. Plaintiff's Motion to Enforce Settlement Agreement [ECF No. 24] is GRANTED.

2. The requested judgment shall be issued by separate Order.

SO ORDERED, this Friday, December 15, 2017.

                                            /s/
                                  Marvin J. Garbis
                            United States District Judge